UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

Request for International Judicial Assistance
from the Superior Court of Salzburg,
Republic of Austria; Matter of Elsa Weiss v.
Franz Schachl

**APPLICATION FOR ORDER PURSUANT TO**
**TITLE 28, UNITED STATES CODE, SECTION 1782**

The United States of America, through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782 appointing an attorney from the United States Department of Justice, Civil Division, Office of International Judicial Assistance, as Commissioner for the purpose of complying with the request for international judicial assistance from the Superior Court of Salzburg in the Republic of Austria; *Matter of Elsa Weiss v. Franz Schachl*. Specifically, the United States, through the Office of International Judicial Assistance, seeks evidence from Mr. Alexander Schachl. The documents submitted to the Department of Justice by the Superior Court of Salzburg are attached hereto as Exhibit No. 1. A memorandum of law is filed in support of this application.

Dated: June 16, 2015  
       Washington, D.C.

Of Counsel:  
WIFREDO A. FERRER  
United States Attorney

WENDY JACOBUS  
Civil Chief

Respectfully submitted,

BENJAMIN MIZER  
Principal Deputy Assistant Attorney General  
Civil Division

JEANNE E. DAVIDSON  
Director  
Office of International Judicial Assistance

By:   s/ Kiesha Minyard  
KIESHA MINYARD  
Trial Attorney  
1100 L Street, NW  
Room 11000  
Washington, DC 20530  
Special Bar ID: A5502101  
Email: kiesha.m.minyard@usdoj.gov